ANNA E. DARROW and Others, Appellants, v. GEORGE H. TERRY and Another,

Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.